St. Louis Brewing Association, appellee, v. Adolph DeHeve, appellant.

Action to recover for consignments of beer purchased in wet territory for shipment into dry territory. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Graves, J., took no part. Opinion filed July 10, 1922.

John G. Friedmeyer, for appellant. Oramel B. Irwin, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Nina Dulin Russell, appellee, v. Frank L. Russell, appellant.

Suit for separate maintenance. Decree granted. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed July 10, 1922.

W. J. Carey, for appellant. Vail, Pogue & Allen, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

Jeanette B. Liska, administratrix of the estate of Harvey Liska, deceased, defendant in error, v. Director General of Railroads, and the Chicago and Alton Railroad Company, plaintiffs in error.

Action under the Federal Employers' Liability Act for injuries to a brakeman by electric shock received from water flowing through a tile, due to negligent wiring. Judgment for plaintiff. Error to the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1921. Affirmed as to director general of railroads. Opinion filed July 10, 1922. Rehearing denied October 4, 1922. Certiorari denied by Supreme Court (making opinion final).

Bracken & Young, for plaintiffs in error; Silas H. Strawn, of counsel. Stone, Dick & Stone, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Charles Farris, plaintiff in error, v. Wabash Railway Company, defendant in error.

Action for personal injuries received by a brakeman, brought under the Federal Employers' Liability Act. Judgment for defendant. Error to the Circuit Court of Macon county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Lee Boland and John A. Walgren, for plaintiff in error. LeForgee, Black & Samuels, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Frank J. Liesman, plaintiff in error, v. J. Q. Primm, justice of the peace, and Less Williamson, defendants in error.

Petition for mandamus to compel a justice of the peace to issue an execution. Petition dismissed. Error to the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in